### Larry MONTZ; Daena Smoller, Plaintiffs–Appellants,

v.

### PILGRIM FILMS & TELEVISION, INC.; NBC Universal, Inc.; Craig Piligian; Jason Conrad Hawes; Universal Television Networks, Defendants–Appellees.

No. 08–56954.

United States Court of Appeals, Ninth Circuit.

Sept. 30, 2010.

Graham Bruce Lippsmith, Joseph Christopher Gjonola, Girardi & Keese, Los Angeles, CA, for Plaintiffs–Appellants.

Gail Migdal Title, Esquire, Joel Robert Weiner, Esquire, Gloria C. Franke, Esquire, Katten Muchin Rosenman, LLP, Los Angeles, CA, for Defendants–Appellees.

D.C. No. 2:06–cv–07174–FMC–MAN.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.